UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 13-8949-WDK (PLAx)                                                    Date December 8, 2014

Title:   J & J Sports Productions, Inc. v. Stephen Lim, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        **(ORDER TO SHOW CAUSE)**

By Order dated April 3, 2014, the parties were advised that a mediation must be concluded no later than January 2, 2015.  On May 22, 2014, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, December 5, 2014, at 9:00 a.m.  A Mediation Report was filed on December 5, 2014, by the ADR Director, indicating that defendant or defendant's representative failed to appear at the scheduled mediation.  Accordingly, **defendant and defendant's counsel are ordered to show cause, no later than December 15, 2014, why monetary sanctions should not be imposed on defendant and defendant's counsel for failure to comply with this Court's April 3, 2014, Order**.


cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

Initials of Deputy Clerk   ch