JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 13-08949 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **STEPHEN LIM, et al.,** | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Stephen Lim, individually and d/b/a S Bar and Grill, and CSSD Enterprises, Inc., an unknown business entity doing business as S Bar and Grill, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Stephen Lim, individually and d/b/a S Bar and Grill, and CSSD Enterprises, Inc., an unknown business entity doing business as S Bar and Grill, shall pay the plaintiff, J & J Sports Productions, Inc., $21,000.00 in total damages.

///

///

1   IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2  mail or by telefax or by email, copies of this Judgment on counsel for the
3  defendant or the pro se defendant in this matter.
4
5
6  Dated: September 28, 2015
7
   _____
8  William Keller
   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28